1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ALICIA A. BOWER, State Bar No. 287799
   Supervising Deputy Attorney General
3  CHRISTIAN M. GEORGELY, State Bar No. 322952
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7317
6   Fax: (916) 324-5205
    E-mail: Christian.Georgely@doj.ca.gov
7  *Attorneys for Defendant Mohmand*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHELDON RAY NEWSOME,** | Case No. 2:23-cv-00151-CKD |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |
| v. | |
| **F. MOHMAND,** | |
| Defendant. | |

Plaintiff Newsome, a *pro se* prisoner, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's Motion to Opt Out of Post-Screening Early ADR (ECF No. 28). Good cause appearing, Defendant's motion is granted. The stay of proceedings imposed on October 31, 2023 (ECF No. 27 at 2) is lifted. Defendant's response to the Complaint (ECF No. 1) is due twenty-one days from the date this order issues.

Dated: December 28, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE