UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME, | No. 2:23-cv-0151 CKD P |
| Plaintiff, | |
| v. | ORDER |
| F. MOHMAND, et al., | |
| Defendants. | |

Plaintiff has filed a motion seeking leave to increase the number of interrogatories he serves on defendant to 60 from 25 which is the maximum allowed under Rule 33 of the Federal Rules of Civil Procedure without leave of court. Because plaintiff fails to point to anything justifying an increase in interrogatories, his motion (ECF No. 33) is denied.

Dated: February 28, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
news0151.ints

1