1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**SHELDON RAY NEWSOME,**

Plaintiff,

v.

**F. MOHMAND,**

Defendant.

Case No. 2:23-cv-00151-CKD

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DEADLINE TO OPPOSE PLAINTIFF'S MOTION FOR APPOINTMENT OF EXPERT**

This matter comes before the Court on Defendants' motion for administrative relief, under Local Rule 233(a), to extend the deadline to file an opposition to Plaintiff Newsome's motion for appointment of an expert witness (ECF No. 37). Good cause appearing, the motion is GRANTED.

Defendant's deadline to file an opposition to Plaintiff Newsome's motion for appointment of an expert witness is extended twenty-one days to May 6, 2024.

IT IS SO ORDERED

Dated:  April 16, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE