UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME, | No. 2:23-cv-0151 CKD P |
| Plaintiff, | |
| v. | ORDER |
| F. MOHMAND, | |
| Defendants. | |

Plaintiff has filed an objection to defendants' notice of deposition concerning non-party George Johnson. Because plaintiff fails to show any good cause why the deposition should not proceed, the objection will be overruled.

Plaintiff also seeks an extension of time to serve further interrogatories. Plaintiff fails to establish good cause for extension of that deadline, most notably because he has not shown that the time already permitted was somehow not sufficient.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objection to defendants' notice of deposition concerning non-party George Johnson (ECF No. 40) is overruled.

/////

/////

/////

1

2. Plaintiff's request for an extension of time to serve further interrogatories (ECF No. 41) is denied.

Dated: April 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
news0151.ed