IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHELDON RAY NEWSOME,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**MOHMAND,**<br><br>                                    Defendant. | Case No. 2:23-cv-00151-CKD<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO DEPOSE NON-PARTY WITNESSES AND FILE MOTIONS TO COMPEL** |

This matter comes before the Court on Defendant's motion to extend by 60 days the deadline to depose four non-party inmate witnesses — Garcia, Johnson, Diaz, and Humphries — and to file motions to compel regarding the upcoming non-party depositions and Plaintiff's responses to Defendant's written discovery requests. Good cause appearing, the motion is GRANTED.

Defendant's deadline to depose the identified four non-party inmate witnesses and to file motions to compel regarding the non-party depositions and Plaintiff's responses to Defendant's written discovery requests is extended 60 days to July 16, 2024.

Dated:  May 13, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE