UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME, | No. 2:23-cv-0151 CKD P |
| Plaintiff, | |
| v. | ORDER |
| F. MOHMAND, | |
| Defendants. | |

Plaintiff has filed a motion asking that the court appoint an expert witness to testify regarding police misconduct and retaliation. Rule 706 of the Federal Rules of Evidence authorizes the court to appoint an independent expert. However, in this case, it appears that plaintiff is seeking to have the court appoint an expert witness to advocate on his behalf, which is not authorized by Rule 706. If plaintiff is seeking a neutral expert, such is not warranted at this stage of the case as there are no dispositive motions on file, trial is not imminent, and there is no other reason to have a neutral witness assist in the interpretation of evidence.

/////
/////
/////
/////
/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of an
2 expert witness (ECF No. 37) is denied.
3 Dated: June 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
news0151.ew