IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHELDON RAY NEWSOME,** | Case No. 2:23-cv-00151-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **MOHMAND,** | |
| Defendant. | |

Pending before the court is defendant's motion to modify the court's discovery and scheduling order. Good cause appearing, defendant's motion (ECF No. 51) is granted. The current dispositive-motion deadline is vacated, to be reset after the court rules on defendant's pending motion to compel.

Dated: August 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE