1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHELDON RAY NEWSOME,                        No.  2:23-cv-0151 CKD P

12                    Plaintiff,

13          v.                                     ORDER

14    J. MOHMAND, et al.,

15                    Defendants.

16    _____

17          Defendant Mohmand has filed a motion asking that the court compel plaintiff to serve

18    responses to certain discovery requests.  Plaintiff has not opposed the motion.  Good cause

19    appearing, IT IS HEREBY ORDERED that plaintiff file an opposition to plaintiff's motion to

20    compel within 30 days.  Failure to do so will result in a recommendation that this action be

21    dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.  Defendant may file a reply

22    within 14 days of service of the opposition.

23    Dated:  08/20/24

24                                                _____
                                                  CAROLYN K. DELANEY
25                                                UNITED STATES MAGISTRATE JUDGE

26    1
      news0151.fo

27

28