UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>            Plaintiff,<br><br>    v.<br><br>J. MOHMAND, et al.,<br><br>            Defendants. | No.  2:23-cv-0151 CKD P<br><br><br>AMENDED ORDER |

    Defendant Mohmand has filed a motion asking that the court compel plaintiff to serve responses to certain discovery requests. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that plaintiff file an opposition to **defendant's** motion to compel within 30 days. Failure to do so will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure. Defendant may file a reply within 14 days of service of the opposition.

Dated: 08/22/24

                                                    */s/ Carolyn K. Delaney*
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
news0151.fo