UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MOHMAND, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-0151 CKD P<br><br><br>ORDER |

　　　Plaintiff filed a motion for extension of time to file a response to the motion to compel filed July 16, 2024.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 55) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file a response to defendant's motion to compel.  Failure to file an opposition within 30 days will result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated:  October 8, 2024

　　　　　　　　　　　　　　　　　　　　_Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/ks
news0151.36(2)